

ORDERED in the Southern District of Florida on July 22, 2009.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:

ALEX F. VALLADARES                    CASE NO. 08-13450-BKC-AJC

   Debtor.                            CHAPTER 11 PROCEEDING

_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF GLOBAL FINANCIAL LLC

THIS MATTER having come before the Court on the **Debtor's Objection to Claim of Global Financial LLC** ("Objection") [D.E. #233], and the Debtor having filed its Certificate of no response and the Court being fully advised of the premises, and the Court after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the claim held by the creditor, Global Financial LLC, assigned claim #6 by the Clerk of the Court, is stricken and disallowed in its entirety and Global Financial LLC shall receive no distribution from the bankruptcy estate.

###

Submitted by:
Brian S. Behar, Esquire
Copies submitted to:
Attorney Brian S. Behar is directed to mail a conformed copy of this
Order to all interested parties, immediately upon receipt of this Order
and file a certificate of service thereon