UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                  Case No. 08-13450-BKC-AJC
                                                                                        Chapter 11
**ALEX F. VALLADARES**

_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the **Sua Sponte Order (A) Establishing Bidding and Sale Procedures, (B) Shortening Time for Deadlines on Confirmation Hearing and (C) Scheduling Sale Hearing and Confirmation Hearing [D.E. #287]**, entered on August 20, 2009 was furnished via electronic transmission via the Court's CM/ECF system to all parties on the attached Electronic Mail Notice and via U.S. Mail to all parties on the attached Manual Notice List on August 21, 2009.

                                                                    Respectfully submitted,

                                                                    /s/ Gary M. Freedman
                                                                    Gary M. Freedman
                                                                    Florida Bar No.: 727260
                                                                    Tabas, Freedman, Soloff, Miller & Brown, P.A.
                                                                    *Attorneys for Trustee, Barry E. Mukamal*
                                                                    14 N.E. First Avenue - Penthouse
                                                                    Miami, Florida 33132
                                                                    Telephone: (305) 375-8171
                                                                    Facsimile: (305) 381-7708
                                                                    E-mail:  gary@tabasfreedman.com

Mailing Information for Case 08-13450-AJC
Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Johanna Armengol     Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
Brian S Behar     bsb@bgglaw.net
John G. Bianco III     jgb@trippscott.com, bankruptcynoticecenter@trippscott.com
Scott N Brown     sbrown@tabasfreedman.com, diane@tfsmlaw.com;lise@tfsmlaw.com;andrea@tfsmlaw.com;francis@tfsmlaw.com;lindsay@tfsmlaw.com
Robert J Edwards     redwards@bgglaw.com, redwards1868@aol.com
Gary M Freedman     gfreedman@tabasfreedman.com, alice@tabasfreedman.com;jackie@tabasfreedman.com;lise@tabasfreedman.com;zuraika@tabasfreedman.com
John L. Heller     john.heller@marcumrachlin.com
Miami-Dade County Tax Collector     mdtcbkc@miamidade.gov
Barry E Mukamal     bankruptcy@rachlin.com, FL64@ecfcbis.com
Barry E. Mukamal     bankruptcy@rachlin.com
Ronald G Neiwirth     rgn@fowler-white.com
Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
Robert G Post     rgp@postandromero.com
Richard R Robles     rrobles@roblespa.com, mcarroll@roblespa.com
Jeffrey N Schatzman     notices@schatzmanlaw.com
David R Softness     dsoftness@softnesslaw.com
Joel L Tabas     jtabas@tabasfreedman.com, karen@tabasfreedman.com

Manual Notice List

The following is the list of parties who are not on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

| | | |
|---|---|---|
| Action Card<br>POB 99<br>Newark, NJ 07101 | Advanta<br>POB 8088<br>Philadelphia, PA 19101-3337 | Alan Marcus, P.A.<br>2600 S. Douglas Road<br>Suite 1111<br>Coral Gables, FL 33134 |
| Alex F Valladares<br>13300 SW 128 St<br>Miami, FL 33186 | American Express<br>POB 981535<br>El Paso, TX 79998 | Angel Mederos<br>2457 W. 72 Street<br>Hialeah Gardens, FL 53016 |
| Arena Shops, LLC<br>9551 E. Bay Harbor Drive<br>Bay Harbor, FL 33154 | **BPP Retail Properties**<br>**POB 71507**<br>**San Juan, PR 00936** | **Banco Popular de Puerto Rico**<br>**c/o Martinez & Torres Law Offices PSC**<br>**POB 192938**<br>**San Juan PR 00919** |
| Bank of America<br>101 N. Tryon Street<br>Charlotte, NC 28255 | Bank of America<br>POB 15026<br>Wilmington, DE 19850 | Bank of America NA<br>c/o James G Rea<br>9441 LBJ Freeway #350<br>Dallas, TX 75243 |
| Bank of America NA<br>475 CrossPoint Parkway<br>POB 9000<br>Getzville, New York 14068 | Bank of America NA<br>POB 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | Bank of America, N.A.<br>POB 21848<br>Greensboro, NC 27420 |
| Barclay Millennium, LLC<br>c/o Victor W Newmark<br>800 Kennesaw Ave #400<br>Marietta, GA 30060 | Becker & Poliakoff<br>121 Alhambra Plaza<br>10th Floor<br>Coral Gables, FL 33134 | Best Buy<br>Retail Services<br>POB 17298<br>Baltimore, MD 21297 |
| Biscayne Bank<br>3121 Commodore Plaza 3rd Fl<br>Coconut Grove FL 33133 | Bloomingdales<br>POB 183083<br>Columbus, OH 43218 | CBS Outdoor<br>c/o Szabo Associates Inc<br>3355 Lenox Rd NE 9th floor<br>Atlanta GA 30326 |
| CBS Outdoor Inc<br>c/o Claudio E Iannitelli<br>1850 N Central Ave 19 Floor<br>Phoenix AZ 85004 | CBS Outdoors<br>185 U.S. Highway 46<br>Fairfield, NJ 07004 | **CPG Galerias Paseos**<br>**POB 338**<br>**Catano, PR 00963** |
| **CPG Galerias Paseos, LP, S.E.**<br>**c/o Nelson R Torres**<br>**#6 Flor Gerena Norte**<br>**Suite 2**<br>**Humacao, PR 00791** | California Bank & Trust<br>2399 Gateway Oaks Drive<br>Suite 110<br>Sacramento, CA 95833 | California Bank & Trust<br>401 W Whittier Blvd # 200<br>La Habra CA 90631 |
| Capital One<br>POB 30285<br>Salt Lake City, UT 84130 | Care Credit<br>c/o GE Money Bank<br>POB 981127<br>El Paso, TX 79998 | **Caribbean Cinemas**<br>**POB 19116**<br>**San Juan, PR 00910** |

Chase
POB 15298
Wilmington, DE 19850

Chase Health Advance
POB 7030
Mesa, AZ 85216

Citi Cards
POB 183067
Columbus, OH 43218

Citi Cards
POB 6408
The Lakes, NV 88901

Citibank
201 W. Lexington Drive
Glendale, CA 91203

Citibank
Box C-619
Bay Ridge Station
Brooklyn, NY 11220

Coral Reef Center, Ltd.
7785 NW 146 Street
Miami Lakes, FL 33016

DGM Financial Group
POB 640136
Miami, FL 33164

Diners Club
POB 44180
Jacksonville, FL 32231

Discover
POB 15251
Wilmington, DE 19886

**Drive-in Center S.E.
PMB 344
1353 Rd. 19
Guaynabo, PR 00966**

**Edison Lluch
POB 594
Lajas, PR 00667**

Empresas Puertorriquenas de Desarrollo, Inc.
c/o David A. Samole
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

**Empresas Puertorriquensa
Ave. Ponce de Leon
#304, Office 1100
Hato Rey, PR 00918**

Equity One Realty & Mgmt.
1696 NE Miami Gardens Drive
Miami Beach, FL 33179

FW Caguas Ground Joint Venture
C/o Peter H. Leavy
200 South Biscayne Blvd
#1800
Miami, FL 33131

Fajardo Shopping Center S.E.
17 Industrial Drive
Cliffwood Beach, NJ 07735

**Fidelcomiso Hernandez Castroda
PMB 265
POB 4985
Caguas, PR 00726**

**First Bank
1519 Ponce de Leon Ave.
Stop 23, POB 9146
San Juan, PR 00908**

Frank, Weinberg & Black, PL
7805 SW 6 Court
Plantation, FL 33324

GE Money Bank
Care of GE Consumer Finance
dba CARE CREDIT/GEMB
PO Box 960061
Orlando FL 32896-0661

GLOBAL FINANCIAL LLC
PO BOX 1547
GREAT FALLS, MT 59403
1-800-735-3968

Global Financial
POB 1547
Great Falls, MT 59403

HSBC Bank USA, N.A.
Commercial Loan Services
Suite 0002
Buffalo, NY 14270

HSBC Bank USA, National Association
One HSBC Center - 26th Floor
Buffalo, NY 14203
Attn: Marta Gonzalez Davenport

HSBC Card
POB 5222
Carol Stream, IL 60197

Heron Plaza
701 S.W. 27 Avenue
#810
Miami, FL 33135

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Internal Revenue Service
SPF - Bankruptcy
PO Box 17167 Stop 5760
Attn: Bankruptcy Unit
Ft. Lauderdale, FL 33318

Island Equipment
120 Lakeshore Drive
Suite 535
North Palm Beach, FL 33408

Kimco Realty Corp.
3333 New Hyde Park Road
POB 5020
New Hyde Park, NY 11042

Lady of America Franchise Corporation
500 East Broward Blvd.
Suuite 1650
Ft. Lauderdale, FL 33394

**MAO & Assoc. Investment, Inc.**
**POB 7187**
**Caguas, PR 00726**

**MAO Investments, Inc.**
**POB 7187**
**Caguas, PR 00726**

MJS Ponce LP
810 Seventh Avenue
28th Floor
New York, NY 10019

MJS Ponce LP
c/oPeter H Leavy
200 S Biscayne Blvd #1800
Miami FL 33131

MJS Rexville LP
c/o Peter H Leavy
200 S Biscayne Blvd #1800
Miami FL 33131

MJS Rexville, LP
810 Seventh Avenue
28th Floor
New York, NY 10019

Macy's
POB 6938
The Lakes, NV 88901

Madison Capital
9-D Gwynns Mill Court
Owings Mills, MD 21117

Melvin Howard
3347 NW 53 Circle
Boca Raton, FL 33496

Merchantil Commercebank
220 Alhambra Circle
Coral Gables, FL 33134

Millenium
800 Kennesaw Avenue
Suite 400
Marietta, GA 33060

Mitchell W Mandler Esq.
c/o Becker & Poliakoff PA
121 Alhambra Plaza 10th Flr
Coral Gables FL 33134

**MultiPlaza de Puerto Rico**
**POB 474**
**Trujillo Alto, PR 00977**

Neiman Marcus
POB 729080
Dallas, TX 75372

**Northwestern Realty Corp.**
**POB 987**
**Victoria Station**
**Aguadilla, PR 00605**

**Parts Puerto Rico of Cayey**
**Avenida Jesus T Pinero 1275**
**San Juan, PR 00920**

**Parts Puerto Rico of Cayey Inc**
**c/o Manuel Porro Vizcarra ESQ**
**Buchanan Office Cr 40 Carr. 165 # 101**
**Guaynabo PR 00968**

**Plaza Dorada**
**PMB 344**
**1353 Rd. 19**
**Guaynabo, PR 00966**

**Popular Mortgage**
**POB 362708**
**San Juan, PR 00936**

RBC Centura Bank
134 N. Church Street
Rocky Mount., NC 27804

RBC Centura Bank
POB 2857
Rocky Mount., NC 27802

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue #1120
Miami, Fl 33131-1605

Regency Centers
POB 532937
Atlanta, GA 30353

Regions Bank
2800 Ponce de Leon Blvd
7th Flr
Coral Gables FL

Regions Bank
2800 Ponce de Leon Blvd.
9th Floor
Coral Gables, FL 33134

Roberta Seagel
2800 Island Boulevard
Apt. 1107
Aventura, FL 33160

SBA
6801 Lake Worth Road
Suite 209
Lake Worth, FL 33467

SBS
2601 S. Bayshore Drive
Coconut Grove, FL 33133

| | | |
|---|---|---|
| **SSSC, S.E.**<br>**POB 594**<br>**Lajas, PR 00667** | **SSSC, SE**<br>**c/o Alexandra Bigas-Valedon**<br>**POB 7462**<br>**Ponce, PR 00732** | **SSSC, SE**<br>**c/o Aexandra Bigas Valedon, Esq.**<br>**PO Box 7462**<br>**Ponce PR 00732** |
| Shirley Schatzberg<br>5100 Monument Avenue<br>Apt. 708<br>Richmond, VA 23230 | Spanish Broadcasting System<br>2601 South Bayshore Dr #400<br>Coconut Grove FL 33193 | SunTrust<br>FIA Card Services<br>POB 15026<br>Wilmington, DE 19850 |
| SunTrust<br>POB 26202<br>Richmond, VA 23260 | Tamiami Lady, Inc.<br>13776 S.W. 8 Street<br>Miami, FL 33184 | Target National Bank<br>POB 59317<br>Minneapolis, MN 55459 |
| The Crexent Business Centers<br>12555 Orange Drive<br>Suite 100<br>Davie, FL 33330 | The Northern Trust Co.<br>Client Services<br>POB 92989<br>Chicago, IL 60690 | U.S. Bancorp Manifest Funding<br>1450 Channel Parkway<br>Marshall, MN 56258 |
| **United Mgmt. Group, Inc.**<br>**POB 29103**<br>**San Juan, PR 00929** | WFNNB - The Sports Authority<br>POB 659704<br>San Antonio, TX 78265 | WRI-TC S. Dade Shop. Center<br>POB 924133<br>Houston, TX 77292 |
| Wachovia<br>FIA Card Services<br>POB 15726<br>Wilmington, DE 19886 | Weingarten Realty Investors<br>POB 924133<br>Houston, TX 77292 | Wells Fargo Home Mtg.<br>POB 14547<br>Des Moines, IA 50306 |
| West Asset Management<br>POB 105359<br>Atlanta, GA 30348 | Yamin Meneses<br>c/o Post & Romero<br>3195 Ponce de Leon Blvd., #400<br>Coral Gables, FL 33134 | ~~Biscayne Bank~~ |
| ~~Gym Source~~ | ~~Spectrum Mortgage Group~~ | ~~Telemundo Puerto Rico~~ |
| ~~Standard Professional Services~~<br>~~1101 Skokie Boulevard~~<br>~~Suite 225~~<br>~~Northbrook, IL 60062~~ | ~~Pueblo Int'l., Inc.~~<br>~~POB 363288~~<br>~~San Juan, PR 00936~~ | ~~Regency Centers~~<br>~~6240 W. Indiantown Road~~<br>~~Suite 8~~<br>~~Jupiter, FL 33458~~ |
| ~~Saks~~<br>~~POB 17158~~<br>~~Baltimore, MD 21297~~ | ~~U.S. Express Leasing~~<br>~~300 Lanidex Plaza~~<br>~~2nd Floor~~<br>~~Parsippany, NJ 07054~~ | Lady of America Arecibo, Puerto Rico<br>Carr. #2 KM 80.0 Barrio Hato Abajo<br>Vista Azul Shopping Center<br>Arecibo, PR 00614 |

Lady of America Bayamon, Puerto Rico
Site #18 & 18A
S.R. #2, KM 13.9
Hato Tejas, Bayamon, PR

Lady of America Caguas, Puerto Rico
Carr. #1 KM 33.3
Avenida Angora
Caguas, PR 00725

Lady of America Carolina, Puerto Rico
Plaza Carolina Av. Fragosa
Esquina Sanchez Osorio
Carolina, PR 00987

Lady of America Cayey, Puerto Rico
Plaza Doval Local #2 Carr. #1
KM 56.1 Bo Montellanos
Cayey, PR 00736

Lady of America Country Walk, Miami, FL
15417 SW 137th Avenue
Miami, FL 33177

Lady of America Dorado, Puerto Rico
Carr. Estatal 693 Esquina Ave. Jose Efron
Plaza Dorada
Dorado, PR 00646

Lady of America Fajardo, Puerto Rico
Carr. #3 KM 45.5
Fajardo, PR 00738

Lady of Amercia Gyaynabo, Puerto Rico
Los Jardines Shopping Ctr.
Carretera 20 Kilo 3.5 Segundo Piz
Guaynabo, PR 00969

Lady of America Hato Rey, Puerto Rico
Edificio Roosevelt #147
Hato Rey, PR 00929

Lady of America Humacoa, Puerto Rico
Oriental Plaza Mall #1A
Ave. Tejas, Carr. 908
Fuente El Colegio Universitario
Humacao, PR 00791

Lady of America Ludlam, Miami, FL
Bird Ludlam Shopping center
6826 SW 40th Street
Miami, FL 33155

Lady of America Mayaguez, Puerto Rico
826 Ave. Hostos
Mayaguez, PR 00682

Lady of America Miami Gardens, FL
8575 NW 186 Street #6-7
Miami Gardens, FL 33015

Lady of America Miami Lakes, FL
6625 Miami Lakes Drive
Suite 100
Miami Lakes, FL 33014

Lady of America Ponce, Puerto Rico
2641 Ponce by Pass
Ponce Towne Center
Ponce, PR 00728-4100

Lady of America Ponce, Puerto Rico
Calle Marginal, Solar #2 by Pass
Ponce, PR 00731

Lady of America Rexville, Puerto Rico
Carr. PR 861, KM 41
Urbanizacion Ciudad Jardin
Bayamon, PR 00954

Lady of America San Juan, Puerto Rico
100 Grand Blvd Ste. 310
Galleria Paseos Mall
San Juan, PR 0926

Lady of America Vega Baja, Puerto Rico
Carr. PR #2 KM 39.1, Barrio Alarrobo
Plazas Las Vegas
Vega Baja, PR 00693

Lady of America West Flager, Miami, FL
8247 W. Flagler Street
Miami, FL 33126

Special Assistant United States Attorney
c/o IRS Counsel )SBSE)
51 SW 1st Avenue
PO Box 9
Miami, FL 33130

Internal Revenue Service Centralized
Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
7850 SW 6th Court
Stop 5730
Ft. Lauderdale, FL 33324-3202

Honorable R. Alexander Acosta
united States Attorney
99 NE 4th Street
Miami, FL 33132

Honorable Michael B. Mukasey
Attorney General of the United States
Department of Justice, Room 4400
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

FLORIDA DEPARTMENT OF REVENUE
5050 W. TENNESSEE ST.
TALLAHASSEE, FL 32399-0100

Joel Stephen Knee
Fla. Dept. Revenue, Office of General
Counsel
6565 Taft Street, Suite 400
Hollywood, FL 33024-4044

US Express Leasing
300 Lanidex Plaza
2nd Floor
Parsippany, NJ 07054-2723

Pueblo International, Inc.
PO Box 363288
San Juan, PR 00936-3288

Saks
PO Box 17158
Baltimore, MD 21297-1158

Standard Professional Services
1101 Skokie Blvd, Suite 225
NorthBrook, IL 60062-4122

Richard Perez, Jr.
Holland & Knight
701 Brickell Avenue, Suite 3000 | Miami
FL 33131