

## ORDERED in the Southern District of Florida on November 03, 2009.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

ALEX F. VALLADARES    CASE NO.08-13450-BKC-AJC
                      CHAPTER 11

_____Debtor(s)_____/

### ORDER AWARDING SECOND INTERIM AND SUPPLEMENTAL COMPENSATION TO CHAPTER 11 TRUSTEE

THIS CAUSE came before the Court on November 3, 2009 at 11:30 A.M., upon the Second Interim Fee Application of Barry E. Mukamal for Compensation as Chapter 11 Trustee. The Court having reviewed the file and Application, and having heard comments by interested parties, finds that the following allowances are reasonable under the applicable provisions of the Bankruptcy Code and, accordingly, it is

**ORDERED** as follows:

1.  The Trustee is awarded fess in the amount of $104,320, which represents 80% of the fees sought, as second interim compensation pursuant to 11 U.S.C. § 362(a).

2.  The fees awarded represent a 20% holdback, and are without prejudice to the Trustee seeking a subsequent award of such holdback.

3.  The Trustee is authorized to pay the foregoing award from funds in the estate.

4.	In allowing the foregoing fees, the Court has considered the criteria in 11 U.S.C. sections 326 and 330 and the requirements of Bankruptcy Rule 2016 in light of principles stated in <u>Norman v. Housing Authority of Montgomery</u>, 836 F.2d 1292, 1299 (11th Cir. 1988); <u>Pennsylvania v. Delaware Valley Citizen's Council for Clean Air</u>, 478 U.S. 546 (1986); <u>Blum v. Stenson,</u> 465 U.S. 886, 897 (1984); <u>Hensley v. Eckerhart,</u> 461 U.S. 424, 433 (1983); each of the factors that govern the reasonableness of fees as set forth in <u>Matter of First Colonial Corp. of America</u>, 5 Cir.1977, 544 F.2d 1291 and <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir. 1974). Specific findings and a statement of the facts and considerations supporting each of these conclusions have been omitted in the interest of brevity but will be prepared and filed at the request of any party if received by this Court within ten (10) days after the entry of this order.

###

**Submitted by:**
**BARRY MUKAMAL, Trustee**
**MarcumRachlin, a Division of Marcum LLP**
**1 S.E. Third Avenue, 10th Floor**
**Miami, Florida  33131**
**(305) 377-4228 (305) 377-8331 Fax**
**barry.mukamal@marcumrachlin.com**

**Trustee Barry Mukamal is directed to serve copies of this Order upon all interested parties and file a certificate of service.**