

**ORDERED in the Southern District of Florida on November 18, 2009.**

                                                    **A. Jay Cristol, Judge**
                                          **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **ALEX F. VALLADARES,** | **Case No.: 08-13450-BKC-AJC** |
|    Debtor. | |
| _____/ | |

### ORDER AUTHORIZING TRUSTEE TO TURNOVER BALANCE IN TRUSTEE IN POSSESSION HOUSEHOLD BUDGET ACCOUNT

**THIS MATTER** came before the Court on Monday, November 16, 2009 at 2:30 p.m. upon the Motion of the Debtor, Alex F. Valladares**,** (the "Debtor"), for entry of an Order to *Authorize the Trustee to Turnover the Balance in the Trustee in Possession Household Budget Account* (the "Motion") [D.E. #494]. The Court, having considered the representations made in the Motion, having heard the argument of counsel, and finding good cause for the relief sought in the Motion, does **ORDER** that the Trustee is authorized to turnover the sum of Two Thousand Four Hundred Sixteen Dollars and 04/100 ($2,416.04), the funds in the Trustee in Possession

Account to the Debtor for the payment of household obligations previously approved under the Budget by this Court.

# # #

**Submitted by:**

Jacqueline Calderin, Esq.
Florida Bar No. 134414
jc@ecclegal.com
800 Brickell Avenue, Suite 902
Miami, Florida 33131
T:  305. 722.2002
F:  305. 722.2001

Copy to:  Attorney Calderin, who is directed to serve a conforming copy upon all interested parties.