# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
## Miami Division

IN RE:
**Alex F. Valladares**
        DEBTOR

CASE NUMBER:  **08-13450-BKC-AJC**
JUDGE:  **Cristol**
FEI NUMBER: **XX-XXX4746**
IN PROCEEDINGS UNDER CHAPTER 11

# TRUSTEE'S FINAL PERIODIC FINANCIAL REPORT
## For The Period
# From:  November 01, 2009   To:  November 09, 2009

Comes now the Trustee for the above-named Debtor and files its Periodic Financial Reports
in accordance with the guidelines established by the United States Trustee and FRBP 2015.

**Barry E. Mukamal**
**Chapter 11 Trustee**
**One Southeast Third Avenue**
**Miami, FL 33131**

**(305) 377-4228**

**The Debtor's case was converted to a case under Chapter 7 on November 9, 2009**

## PERIODIC CASH FLOW REPORT

For period beginning: **November 01, 2009**
And ending: **November 23, 2009**

Name of debtor: **Alex F. Valladares**
Date of filing: **March 24, 2008**
Case number: **08-13450-BKC-AJC**

| | | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 1. | | CASH BALANCE AT BEGINNING OF PERIOD | $320,184.79 | $0.00 |
| 2. | | CASH RECEIPTS | | |
| | A | Cash Sales | $0.00 | $125,000.00 |
| | B | Collections On Postpetition Accounts Receivable | $0.00 | $0.00 |
| | C | Collections On Prepetition Accounts Receivable | $0.00 | $0.00 |
| | D | OTHER RECEIPTS | | |
| | | 01  Transfers In From Other Accounts | $770,194.46 | $1,462,826.10 |
| | | 02  Sale Of Fixed Assets | $0.00 | $10,000.00 |
| | | 03  Interest Payments Received | $9.67 | $105.15 |
| | | 04  Prepetition Checks Voided After Filing | $0.00 | $0.00 |
| | | 05  Bank Accounts Not Previously Reported | $0.00 | $0.00 |
| | | 06  Draws f/ Operating Gym & Mgmt. Entities (Contra) | $0.00 | $144,075.25 |
| | | 07  DIP Account Balance (Contra) | $0.00 | $6,103.16 |
| | | 08  Payroll, Net (Contra) | $0.00 | $47,265.70 |
| | | 09  Prior Period Debtor Receipt (Contra) | $0.00 | $188,000.00 |
| | | 10  Disgorgement of Fees from Debtor Counsel | $0.00 | $120,000.00 |
| | | 11  Sale of Debtor Stock | $0.00 | $100,000.00 |
| | | 12  Plan Funding | $450,000.00 | $450,000.00 |
| | E | Contra Receipts | | |
| | | 01  Transfers Out To Other Accounts (Contra) | ($770,194.46) | ($1,462,826.10) |
| | | 02  Returned Deposits (Contra) | $0.00 | $0.00 |
| | | 03  Cash Refunds (Contra) | $0.00 | $0.00 |
| 3. | | TOTAL RECEIPTS (Sum of all line 2 entries) | $450,009.67 | $1,190,549.26 |
| 4. | | TOTAL CASH AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $770,194.46 | $1,190,549.26 |

## PERIODIC CASH FLOW REPORT

| | |
|---|---|
| For period beginning: | **November 01, 2009** |
| And ending: | **November 23, 2009** |

| | |
|---|---|
| Name of debtor: | **Alex F. Valladares** |
| Date of filing: | **March 24, 2008** |
| Case number: | **08-13450-BKC-AJC** |

| | | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 5. | DISBURSEMENTS | | | |
| | A | U.S. Trustee Quarterly Fees | **$0.00** | **$6,175.00** |
| | B | Net Payroll | **$0.00** | **$0.00** |
| | C | Payroll Taxes Paid | **$0.00** | **$0.00** |
| | D | Sales and Use Taxes | **$0.00** | **$0.00** |
| | E | Other Taxes/Licenses | **$0.00** | **$100,000.00** |
| | F | Rent | **$0.00** | **$0.00** |
| | G | Other Leases | **$0.00** | **$0.00** |
| | H | Telephone/Beepers | **$0.00** | **$1,136.14** |
| | I | Utilities | **$0.00** | **$10,283.98** |
| | J | Travel & Entertainment | **$0.00** | **$0.00** |
| | K | Vehicle Expenses | **$0.00** | **$0.00** |
| | L | Office Supplies & Expenses | **$0.00** | **$185.47** |
| | M | Advertising | **$0.00** | **$0.00** |
| | N | Insurance | **$0.00** | **$9,669.51** |
| | O | Purchases Of Fixed Assets | **$0.00** | **$0.00** |
| | P | Purchases Of Inventory | **$0.00** | **$0.00** |
| | Q | Supplies | **$0.00** | **$0.00** |
| | R | Repairs & Maintenance | **$0.00** | **$1,593.50** |
| | S | Payments To Secured Creditors | **$0.00** | **$0.00** |
| | T | OTHER OPERATING EXPENSES | | |
| | | 01  Bank Charges | **$0.00** | **$1,876.25** |
| | | 02  Trustee Surety | **$0.00** | **$1,384.10** |
| | | 03  Freight | **$0.00** | **$0.00** |
| | | 04  Property Management and Association Dues | **$0.00** | **$4,031.37** |
| | | 05  Education and Child Care | **$0.00** | **$16,801.55** |
| | | 06  Mortgage | **$0.00** | **$47,090.08** |
| | | 07  Storage – Boat | **$0.00** | **$1,580.00** |
| | | 08  Miscellaneous | **$0.00** | **$780.22** |
| | | 09  Trustee Fees | **$73,905.00** | **$115,505.00** |
| | | 10  Professional Fees | **$121,095.00** | **$297,262.63** |
| | | 11  Transfer to Chapter 7 Trustee | **$575,194.46** | **$575,194.46** |
| 6. | TOTAL DISBURSEMENTS (Sum of all line 5 entries) | | **$770,194.46** | **$1,190,549.26** |
| 7. | CASH BALANCE AT END OF PERIOD (Line 4 - Line 6) | | **$0.00** | **$0.00** |
| | NET CHANGE IN CASH (Line 7 - Line 1) | | **($320,184.79)** | **$0.00** |

## BANK ACCOUNT SUMMARY

For period beginning: **November 01, 2009**
And ending: **November 23, 2009**

Name of debtor: **Alex F. Valladares**
Date of filing: **March 24, 2008**
Case number: **08-13450-BKC-AJC**

| | | |
|---|---|---|
| Attachment 4A | **DIP Checking** | **$0.00** |
| Attachment 4B | **DIP Tax** | **$0.00** |
| Attachment 4C | **DIP Checking** | **$0.00** |
| Attachment 4D | **TIP Money Market** | **$0.00** |
| Attachment 4E | **TIP Checking Account** | **$0.00** |
| Attachment 4F | **Segregated Funds** | **$0.00** |
| | | **$0.00** |

I declare under penalty of perjury that this statement and the accompanying documents
and reports are true and correct to the best of my knowledge and belief.

This _22_ day of _December_____, 2009

_____
**Barry E. Mukamal, Chapter 11 Trustee**
**(305) 377-4228**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE AGING AND RECONCILIATION**

For period beginning:    **November 01, 2009**
And ending:              **November 23, 2009**

Name of debtor:    **Alex F. Valladares**
Date of filing:    **March 24, 2008**
Case number:       **08-13450-BKC-AJC**

| | |
|---|---|
| ACCOUNTS RECEIVABLE AT PETITION DATE | $0.00 |

ACCOUNTS RECEIVABLE RECONCILIATION

| | |
|---|---|
| Accounts receivable balance at beginning of period | $0.00 |
| PLUS:  Current period new billings | $0.00 |
| LESS:  Collections during period | $0.00 |
| PLUS:  Adjustments | $0.00 |
| Accounts receivable balance at end of period | $0.00 |

AGING: (Show the total amount for each age group of accounts receivable.)

| | Current | 31-60 Days | 61-90 Days | Over 90 Days | TOTAL |
|---|---|---|---|---|---|
| Prepetition | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Postpetition | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Accounts Receivable | | | | | $0.00 |

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED CREDITOR PAYMENTS REPORT**

For period beginning:  **November 01, 2009**
And ending:  **November 23, 2009**

Name of debtor:  **Alex F. Valladares**
Date of filing:  **March 24, 2008**
Case number:  **08-13450-BKC-AJC**

ACCOUNTS PAYABLE RECONCILIATION (Postpetition only)

| | |
|---|---|
| Accounts payable balance at beginning of period | **$0.00** |
| PLUS:  New indebtedness incurred this period | **$0.00** |
| LESS:  Amount paid on prior accounts payable | **$0.00** |

| | |
|---|---|
| Accounts payable balance at end of period | **$0.00** |

SECURED: List the status of payments to secured creditors and lessors (Postpetition only):

| Secured Creditor/Lessor | Payment Due Date | Number Of Payments Delinquent | Payment Due This Period | Amount Paid This Period | Total Payments Delinquent |
|---|---|---|---|---|---|
| **NONE** | | | | | **$0.00** |

In the space below list all invoices or bills incurred and not paid since filing the bankruptcy petition.
Do not include amounts owed prior to filing the bankruptcy petition.

| Date Incurred | Days Outstanding | Vendor | Amount |
|---|---|---|---|
| **NONE** | | | **$0.00** |

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSETS REPORT**

For period beginning:  **November 01, 2009**
And ending:  **November 23, 2009**

Name of debtor:  **Alex F. Valladares**
Date of filing:  **March 24, 2008**
Case number:  **08-13450-BKC-AJC**

INVENTORY REPORT

INVENTORY OWNED BALANCE AT PETITION DATE:  **N/A**

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory owned balance at beginning of period | **N/A** |
| PLUS: Inventory purchased during period | **N/A** |
| LESS: Inventory used or sold during period | **N/A** |
| PLUS: Adjustments | **N/A** |
| Inventory owned balance at end of period | **N/A** |
| LESS: Prepaid inventory not on hand | **N/A** |
| Inventory on hand balance at end of period | **N/A** |

METHOD OF COSTING INVENTORY: **Not applicable**

FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:  **$0.00**
(Includes property, plant and equipment)

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed assets balance at beginning of period | **$0.00** |
| PLUS: Fixed assets purchased during period | **$0.00** |
| LESS: Fixed assets disposed of/written off | **$0.00** |
| LESS: Depreciation expenses | **$0.00** |
| PLUS: Adjustments | **$0.00** |
| Fixed assets balance at end of period | **$0.00** |

## ATTACHMENT 4A

## MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning: **November 01, 2009**
And ending: **November 23, 2009**

Name of debtor: **Alex F. Valladares**
Date of filing: **March 24, 2008**
Case number: **08-13450-BKC-AJC**

BANK NAME: **Wachovia**                              BRANCH: **Miami**

ACCOUNT NAME: **DIP Checking**

ACCOUNT NUMBER: **1010207051508**

PURPOSE OF ACCOUNT: **Personal**

| | |
|---|---:|
| Account balance at beginning of period | **$0.00** |
| PLUS:  Total receipts and transfers in | **$0.00** |
| LESS:  Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS:  Service charges | **$0.00** |
| PLUS:  Interest earned | **$0.00** |
| Account balance at end of period | **$0.00** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                              **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                              **NONE**

### CHECK REGISTER

Receipts in this period

| Date | Received From | Code | Amount |
|---|---|---|---|
| **NO DEPOSITS MADE IN THIS PERIOD** | | | **$0.00** |

Disbursements in this period

| Date | Check # | Payee | Code | Amount |
|---|---|---|---|---|
| **NO CHECKS WRITTEN IN THIS PERIOD** | | | | **$0.00** |

## ATTACHMENT 4B

## MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning: **November 01, 2009**
And ending: **November 23, 2009**

Name of debtor: **Alex F. Valladares**
Date of filing: **March 24, 2008**
Case number: **08-13450-BKC-AJC**

BANK NAME: **Wachovia**                          BRANCH: **Miami**

ACCOUNT NAME: **DIP Tax**

ACCOUNT NUMBER: **1010207051511**

PURPOSE OF ACCOUNT: **Tax**

| | |
|---|---:|
| Account balance at beginning of period | **$0.00** |
| PLUS: Total receipts and transfers in | **$0.00** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS: Service charges | **$0.00** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | **$0.00** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                          **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                          **NONE**

CHECK REGISTER

Receipts in this period
**NO DEPOSITS MADE IN THIS PERIOD**                          **$0.00**

Disbursements in this period
**NO CHECKS WRITTEN IN THIS PERIOD**                          **$0.00**

## ATTACHMENT 4C

### MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning:   **November 01, 2009**
And ending:             **November 23, 2009**

Name of debtor:    **Alex F. Valladares**
Date of filing:    **March 24, 2008**
Case number:       **08-13450-BKC-AJC**

BANK NAME:  **Bank of America**                    BRANCH:  **Miami**

ACCOUNT NAME:  **DIP Checking**

ACCOUNT NUMBER:  **0036774098911**

PURPOSE OF ACCOUNT:  **Expense**

| | |
|---|---:|
| Account balance at beginning of period | **$0.00** |
| PLUS:  Total receipts and transfers in | **$0.00** |
| LESS:  Total disbursements, transfers out, contra receipts and stopped checks | **$0.00** |
| LESS:  Service charges | **$0.00** |
| PLUS:  Interest earned | **$0.00** |
| Account balance at end of period | **$0.00** |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                    **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                    **NONE**

CHECK REGISTER

Receipts in this period
**NO DEPOSITS MADE IN THIS PERIOD**                    **$0.00**

Disbursements in this period
**NO CHECKS WRITTEN IN THIS PERIOD**                    **$0.00**

## ATTACHMENT 4D

## MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning: **November 01, 2009**
And ending: **November 23, 2009**

Name of debtor: **Alex F. Valladares**
Date of filing: **March 24, 2008**
Case number: **08-13450-BKC-AJC**

BANK NAME: **JPMorgan Chase Bank, N.A.**          BRANCH: **NY**

ACCOUNT NAME: **TIP Money Market**

ACCOUNT NUMBER: **xxx-xxxxx45-65**

PURPOSE OF ACCOUNT: **Trustee Money Market**

| | |
|---|---:|
| Account balance at beginning of period | $3,818.33 |
| PLUS: Total receipts and transfers in | $0.00 |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | $3,818.93 |
| LESS: Service charges | $0.00 |
| PLUS: Interest earned | $0.60 |
| Account balance at end of period | $0.00 |

Number of first check written this period
Number of last check written this period

Total number of checks written this period          **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:          **NONE**

<u>CHECK REGISTER</u>

<u>Receipts in this period</u>
**NO DEPOSITS MADE IN THIS PERIOD**          $0.00

<u>Disbursements in this period</u>
**SEE INSERTION**          $3,818.93

Page: 1

# Ledger Report

| | |
|---|---|
| **Case Number:** | 08-13450 AJC |
| **Case Name:** | VALLADARES, ALEX F |
| **Taxpayer ID #:** | 54-6814746 |
| **Period:** | 11/01/09 - 11/30/09 |

| | |
|---|---|
| **Trustee:** | Barry E. Mukamal (290464) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | 312-229345-65 - Money Market Account |
| **Blanket Bond:** | $0.00   (per case limit) |
| **Separate Bond:** | N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 3,818.93 |
| 11/23/09 | | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-00 | 0.60 | | 3,818.93 |
| 11/23/09 | | To Account #31222953456 | to close Chapter 11 | 9999-00 | | 3,818.93 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 393,313.21 | 393,313.21 | $0.00 |

**TOTAL - ACCOUNT   312-229345-65**

| | | | |
|---|---|---|---|
| | Balance Forward | 3,818.33 | |
| 0 | Deposits | 0.00 | |
| 1 | Interest Postings | 0.60 | |
| | **Subtotal** | **$3,818.93** | |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | **Total** | **$3,818.93** | |

| | | | |
|---|---|---|---|
| 0 | Checks | 0.00 | |
| 0 | Adjustments Out | 0.00 | |
| 1 | Transfers Out | 3,818.93 | |
| | **Total** | **$3,818.93** | |

{} Asset reference(s)

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 31, 2009 through November 30, 2009
Primary Account: **000312229534565**

**CUSTOMER SERVICE INFORMATION**

Service Center:              **1-800-634-5273**

00010394    802 24 33599 - NNNNN  1 000000000 60 0000
08-13450 VALLADARES ALEX F
DEBTOR
290464 BARRY MUKAMAL TRUSTEE
BRANCH 312 4 NYP  17TH FLOOR
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312229534566 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312229534565 | $3,818.33 | $0.00 |
| Bankruptcy Business Money Market 000312229534567 | 316,366.46 | 0.00 |
| **Total** | **$320,184.79** | **$0.00** |
| **TOTAL  ASSETS** | **$320,184.79** | **$0.00** |

**All Summary Balances** shown are as of November 30, 2009 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

**JPMorganChase** 🟠

October 31, 2009 through November 30, 2009
Primary Account: **000312229534565**



# BANKRUPTCY BUSINESS MONEY MARKET

08-13450 VALLADARES ALEX F                                  Account Number: 000312229534565
DEBTOR

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,818.33** |
| Deposits and Additions | 1 | 0.60 |
| Electronic Withdrawals | 1 | - 3,818.93 |
| **Ending Balance** | **2** | **$0.00** |
| | | |
| Interest Paid This Period | | $0.60 |
| Interest Paid Year-to-Date | | $37.26 |

This account earns interest daily and the current interest rate is 0.25%.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | Mma Cirf Closeout | $0.60 |
| **Total Deposits and Additions** | | **$0.60** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | Miscellaneous Debit | $3,818.93 |
| **Total Electronic Withdrawals** | | **$3,818.93** |

**ATTACHMENT 4E**

**MONTHLY BANK ACCOUNT RECONCILIATION**

For period beginning: **November 01, 2009**
And ending: **November 23, 2009**

Name of debtor: **Alex F. Valladares**
Date of filing: **March 24, 2008**
Case number: **08-13450-BKC-AJC**

BANK NAME: **JPMorgan Chase Bank, N.A.**          BRANCH: **NY**

ACCOUNT NAME: **TIP Checking Account**

ACCOUNT NUMBER: **xxx-xxxxx45-66**

PURPOSE OF ACCOUNT: **Trustee Checking**

| | |
|---|---:|
| Account balance at beginning of period | **$0.00** |
| PLUS: Total receipts and transfers in | **$770,194.46** |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | **$770,194.46** |
| LESS: Service charges | **$0.00** |
| PLUS: Interest earned | **$0.00** |
| Account balance at end of period | **$0.00** |

| | |
|---|---:|
| Number of first check written this period | **192** |
| Number of last check written this period | **194** |
| Total number of checks written this period | **3** |

CHECKS VOIDED, LOST OR PAYMENT STOPPED:          **NONE**

CHECK REGISTER

Receipts in this period
**SEE INSERTION**                                        **$770,194.46**

Disbursements in this period
**SEE INSERTION**                                        **$770,194.46**

# Ledger Report

**Case Number:** 08-13450 AJC
**Case Name:** VALLADARES, ALEX F

**Taxpayer ID #:** 54-6814746
**Period:** 11/01/09 - 11/30/09

**Trustee:** Barry E. Mukamal (290464)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** 312-229345-66 - Checking Account
**Blanket Bond:** $0.00  (per case limit)
**Separate Bond:** N/A

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/09 | 189 | Barry E. Mukamal, Trustee | 2nd Interim and Supplemental fees, court ordered 11/03/09 Voided on 11/05/09 | 2100-000 | | 104,320.00 | -104,320.00 |
| 11/05/09 | 189 | Barry E. Mukamal, Trustee | 2nd Interim and Supplemental fees, court ordered 11/03/09 Voided: check issued on 11/05/09 | 2100-000 | | -104,320.00 | 0.00 |
| 11/05/09 | 190 | MarcumRachlin a div. of Marcum LLP | 2nd Fee and Supplemental Fees and expenses, court ordered 11/03/09 Voided on 11/05/09 | 2100-000 | | 62,944.51 | -62,944.51 |
| 11/05/09 | 190 | MarcumRachlin a div. of Marcum LLP | 2nd Fee and Supplemental Fees and expenses, court ordered 11/03/09 Voided: check issued on 11/05/09 | 2100-000 | | -62,944.51 | 0.00 |
| 11/05/09 | 191 | Tabas Freedman Soloff Miller & Brown P.A. | 2nd Interim Fee and Supplemental Fees and expenses, court ordered 11/03/09 | 2100-000 | | 107,970.40 | -107,970.40 |
| 11/05/09 | 191 | Tabas Freedman Soloff Miller & Brown P.A. | 2nd Interim Fee and Supplemental Fees and expenses, court ordered 11/03/09 Voided: check issued on 11/05/09 | 2100-000 | | -107,970.40 | 0.00 |
| 11/09/09 | 192 | Barry E. Mukamal, Trustee | 2nd Interim and Supplemental fees, court ordered 11/03/09 | 2100-000 | | 73,905.00 | -73,905.00 |
| 11/09/09 | 193 | MarcumRachlin a div. of Marcum LLP | 2nd Fee and Supplemental Fees and expenses, court ordered 11/03/09 | 2100-000 | | 44,596.00 | -118,501.00 |
| 11/09/09 | 194 | Tabas Freedman Soloff Miller & Brown P.A. | 2nd Interim Fee and Supplemental Fees and expenses, court ordered 11/03/09 | 2100-000 | | 76,499.00 | -195,000.00 |
| 11/13/09 | | From Account #312229534567 | transfer | 9999-00 | | -195,000.00 | 0.00 |
| 11/23/09 | | From Account #312229534565 | to close Chapter 11 | 9999-00 | | -3,818.93 | 3,818.93 |
| 11/23/09 | | From Account #312229534567 | to close Chapter 11 | 9999-00 | | -571,375.53 | 575,194.46 |
| 11/23/09 | | Barry E. Mukamal Ch 7 Trustee | transfer funds to Chapter 7 trustee | 9999-00 | | 575,194.46 | 0.00 |

**Subtotals :**  $0.00    $0.00

{} Asset reference(s)    I-Not printed or not transmitted

# Ledger Report

| | | |
|---|---|---|
| **Case Number:** | 08-13450 AJC | **Trustee:** Barry E. Mukamal (290464) |
| **Case Name:** | VALLADARES, ALEX F | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | | **Account:** 312-2295345-66 - Checking Account |
| **Taxpayer ID #:** | 54-6814746 | **Blanket Bond:** $0.00  (per case limit) |
| **Period:** | 11/01/09 - 11/30/09 | **Separate Bond:** N/A |

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Estate of A. Valladares | | | | | |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |

**TOTAL - ACCOUNT   312-2295345-66**

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | Checks | 195,000.00 |
| 0 | Interest Postings | 0.00 | 1 Adjustments Out | 575,194.46 |
| | **Subtotal** | **$0.00** | 0 Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | **Total** | **$770,194.46** |
| 3 | Transfers In | 770,194.46 | | |
| | **Total** | **$770,194.46** | | |

**JPMorganChase**

October 31, 2009 through November 30, 2009
Primary Account: **000312229534565**

# BANKRUPTCY BUSINESS CHECKING

08-13450 VALLADARES ALEX F                                      Account Number: 000312229534566
DEBTOR

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Deposits and Additions | 3 | 770,194.46 |
| Checks Paid | 3 | - 195,000.00 |
| Electronic Withdrawals | 1 | - 575,194.46 |
| Ending Balance | 7 | $0.00 |



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | Miscellaneous Credit | $195,000.00 |
| 11/23 | Miscellaneous Credit | 571,375.53 |
| 11/23 | Miscellaneous Credit | 3,818.93 |
| **Total Deposits and Additions** |  | **$770,194.46** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 192 | 11/13 | $73,905.00 |
| 193 | 11/13 | 44,596.00 |
| 194 | 11/13 | 76,499.00 |
| **Total Checks Paid** |  | **$195,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | Miscellaneous Debit | $575,194.46 |
| **Total Electronic Withdrawals** |  | **$575,194.46** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/13 | $0.00 |
| 11/23 | 0.00 |

**JPMorganChase**

October 31, 2009 through November 30, 2009

Primary Account: **000312229534565**

ACCOUNT # 000312229534566
VALLADARES ALEX F
08-13450

| IMAGES |
| --- |



097680241887 NOV 13 #0000000192 $73,905.00



097680241887 NOV 13 #0000000192 $73,905.00



097680241888 NOV 13 #0000000193 $44,596.00



097680241888 NOV 13 #0000000193 $44,596.00



JPMorganChase 🌐

October 31, 2009 through November 30, 2009
Primary Account: **000312229534565**

ACCOUNT # 000312229534566
VALLADARES ALEX F
08-13450



005090336838 NOV 13 #0000000194 $76,499.00



005090336838 NOV 13 #0000000194 $76,499.00



## ATTACHMENT 4F

## MONTHLY BANK ACCOUNT RECONCILIATION

For period beginning: **November 01, 2009**
And ending: **November 23, 2009**

Name of debtor: **Alex F. Valladares**
Date of filing: **March 24, 2008**
Case number: **08-13450-BKC-AJC**

BANK NAME: **JPMorgan Chase Bank, N.A.**                    BRANCH: **Miami**

ACCOUNT NAME: **Segregated Funds**

ACCOUNT NUMBER: **312-2295345-67**

PURPOSE OF ACCOUNT: **Other**

| | |
|---|---:|
| Account balance at beginning of period | $316,366.46 |
| PLUS: Total receipts and transfers in | $450,009.07 |
| LESS: Total disbursements, transfers out, contra receipts and stopped checks | $766,375.53 |
| LESS: Service charges | $0.00 |
| PLUS: Interest earned | $0.00 |
| Account balance at end of period | $0.00 |

Number of first check written this period
Number of last check written this period

Total number of checks written this period                    **NONE**

CHECKS VOIDED, LOST OR PAYMENT STOPPED:                    **NONE**

CHECK REGISTER

Receipts in this period

| Date | Received From | Code | Amount |
|---|---|---|---:|
| 11/23/09 | **JP Morgan Chase Bank** | D03 | $9.07 |
| 11/20/09 | **Law Offices of Behar, Gutt & Glazer** | D12 | $450,000.00 |
| | | | $450,009.07 |

Disbursements in this period

| Date | Check # | Payee | Code | Amount |
|---|---|---|---|---:|
| 11/13/09 | N/A | **Account xxx-xxxxx45-66** | | $195,000.00 |
| 11/23/09 | N/A | **Account xxx-xxxxx45-66** | | $571,375.53 |
| | | | | $766,375.53 |

Page: 4

# Ledger Report

**Case Number:** 08-13450 AJC
**Case Name:** VALLADARES, ALEX F

**Taxpayer ID #:** 54-6814746
**Period:** 11/01/09 - 11/30/09

**Trustee:** Barry E. Mukamal (2904064)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** 312-2295345-67 - Segregated Funds
**Blanket Bond:** $0.00  (per case limit)
**Separate Bond:** N/A

| Trans. Date | (Ref #) / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/09 | | To Account #31222934566 | transfer | 9999-00 | | 195,000.00 | 121,366.46 |
| 11/20/09 | | Law Offices of Behar, Gutt & Glazer | plan funding | 4099-000 | 450,000.00 | | 571,366.46 |
| 11/23/09 | | JPMORGAN CHASE BANK, N.A. | to close Chapter 11 | 1270-00 | 9.07 | | 571,375.53 |
| 11/23/09 | | To Account #31222934566 | to close Chapter 11 | 9999-00 | | 571,375.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **795,067.89** | **795,067.89** | **$0.00** |

## TOTAL - ACCOUNT  312-2295345-67

| | | | | Ledger Account Balances |
|---|---|---|---|---|
| | Balance Forward | 316,366.46 | | |
| 0 | Deposits | 0.00 | 0 Checks | 0.00 |
| 1 | Interest Postings | 9.07 | 0 Adjustments Out | 0.00 |
| | Subtotal | $316,375.53 | 2 Transfers Out | 766,375.53 |
| 1 | Adjustments In | 450,000.00 | **Total** | **$766,375.53** |
| 0 | Transfers In | 0.00 | | |
| | **Total** | **$766,375.53** | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances | Reserve Balances | Account Bal. Less Reserves |
|---|---|---|---|---|---|
| MMA # 312-2295345-65 | 393,313.21 | 105,525.00 | 0.00 | 0.00 | 0.00 |
| Checking # 312-2295345-66 | 0.00 | 507,661.64 | 0.00 | 0.00 | 0.00 |
| MMA # 312-2295345-67 | 795,067.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **$1,188,381.10** | **$613,186.64** | **$0.00** | **$0.00** | **$0.00** |

{} Asset reference(s)

# Ledger Report

| Case Number: | 08-13450 AJC | | Trustee: | Barry E. Mukamal (290464) |
| Case Name: | VALLADARES, ALEX F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | 312-229345-67 - Segregated Funds |
| Taxpayer ID #: | 54-6814746 | | Blanket Bond: | $0.00  (per case limit) |
| Period: | 11/01/09 - 11/30/09 | | Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Money Market Account Balance |
|---|---|---|---|---|---|---|---|

## TOTAL - CASE

|  |  | Balance Forward | | 320,184.79 |  |  |  |
| 0 | | Deposits | | 0.00 | | | |
| 2 | | Interest Postings | | 9.67 | | | |
|  | | **Subtotal** | | **$320,194.46** | | | |
| 1 | | Adjustments In | | 450,000.00 | | | |
| 3 | | Transfers In | | 770,194.46 | | | |
|  | | **Total** | | **$1,540,388.92** | | | |

|  | 6 | | Checks | 195,000.00 | | | |
|  | 1 | | Adjustments Out | 575,194.46 | | | |
|  | 3 | | Transfers Out | 770,194.46 | | | |
|  |  | | **Total** | **$1,540,388.92** | | | |

|  |  | | Net Total Balance | $0.00 | | | |

{} Asset reference(s)

**JPMorganChase**

October 31, 2009 through November 30, 2009
Primary Account: **000312229534565**

---

## BANKRUPTCY BUSINESS MONEY MARKET

08-13450 VALLADARES ALEX F

DEBTOR

Account Number: 000312229534567



## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $316,366.46 |
| Deposits and Additions | 2 | 450,009.07 |
| Electronic Withdrawals | 2 | - 766,375.53 |
| **Ending Balance** | **4** | **$0.00** |
| Interest Paid This Period |  | $9.07 |
| Interest Paid Year-to-Date |  | $67.89 |

This account earns interest daily and the current interest rate is 0.05%.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20 | Fed Wire Credit Via: Wachovia Bank NA of Florida/063000021 B/O: Law Offices of Behar, Gutt & Gaventura, FL 33180 Ref: Chase Nyc/Ctr/Bnf=08-13450 Valladares Alex F Debtor New York NY 10004-/Ac-000003122295 Rfb=091120150660 Obi=For The Estate of Alex F. Vimad: 1120E3B75D2C002897 Trn: 5305909324Ff | $450,000.00 |
| 11/23 | Mma Cirf Closeout | 9.07 |
| **Total Deposits and Additions** | | **$450,009.07** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | Miscellaneous Debit | $195,000.00 |
| 11/23 | Miscellaneous Debit | 571,375.53 |
| **Total Electronic Withdrawals** | | **$766,375.53** |

**ATTACHMENT 5**

**MONTHLY TAX REPORT**

For period beginning:  **November 01, 2009**
And ending:  **November 23, 2009**

Name of debtor:  **Alex F. Valladares**
Date of filing:  **March 24, 2008**
Case number:  **08-13450-BKC-AJC**

---

TAXES PAID DURING THE PERIOD

Report all postpetition taxes paid during the current period.

| Date | Taxing authority | Description | Amount |
|------|------------------|-------------|--------|
| **NONE** | | | **$0.00** |

TAXES OWED AND DUE

Report all UNPAID postpetition taxes including Federal and State withholding FICA, state sales tax, property tax, unemployment tax, and State Worker's Compensation.

| Date | Taxing Authority | Description | Amount |
|------|------------------|-------------|--------|
| **NONE** | | | **$0.00** |

**ATTACHMENT 6**

**SUMMARY OF INSURANCE COVERAGES**

For period beginning: **November 01, 2009**
And ending: **November 23, 2009**

Name of debtor: **Alex F. Valladares**
Date of filing: **March 24, 2008**
Case number: **08-13450-BKC-AJC**

CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, automobile, health and life.

| Coverage Type, Carrier & Policy Number | Agent Name & Phone | Expiration Date | Premium Due Date |
|---|---|---|---|
| NONE | | | |

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION AND PERSONNEL

For period beginning: **November 01, 2009**
And ending:          **November 23, 2009**

Name of debtor:      **Alex F. Valladares**
Date of filing:        **March 24, 2008**
Case number:         **08-13450-BKC-AJC**

---

### SUMMARY OF OFFICER OR OWNER COMPENSATION

Report all compensation received during the month.  Do not include reimbursement for expenses incurred for which you have receipts.

| Name of Officer or Owner | Title | Amount Paid |
|---|---|---|
| **NONE** | | **$0.00** |

---

### PERSONNEL REPORT

| | FULL TIME | PART TIME |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees at end of period | 0 | 0 |

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

For period beginning:   **November 01, 2009**
And ending:   **November 23, 2009**

Name of debtor:   **Alex F. Valladares**
Date of filing:   **March 24, 2008**
Case number:   **08-13450-BKC-AJC**

**Per A §363 Sale, substantially all of the stock ownership in the Maimi and Puerto Rico gyms were sold by the Trustee to TG Capital.  Transfer of assets took place on October 8, 2009.**

**Case converted to Chapter 7 Bankruptcy on November 9, 2009.**