CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on August 28, 2014**

_____
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 08−13450−AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Alex F Valladares
13300 SW 128 St
Miami, FL 33186

SSN: xxx−xx−3463

## FINAL DECREE

The trustee, Barry E Mukamal, having filed a final report that the estate has been fully administered, is discharged and the case is closed.